IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BEAR PAW DEVELOPMENT CORPORATION OF NORTHERN MONTANA, a/k/a BEAR PAW DEVELOPMENT CORPORATION<br><br>　　　　　　Defendant. | Cause No. 4:18-CV-00107-BMM<br><br>**<u>ORDER GRANTING SECOND UNOPPOSED MOTION TO STAY</u>** |

Upon Defendant's Second Unopposed Motion to Stay, and good cause appearing therefore,

IT IS ORDERED these proceedings are stayed for an additional period of thirty (30) days. Upon expiration of the stay, the parties shall request that the Court reschedule the preliminary pretrial conference.

1

DATED this 7th day of May, 2019.

_____
Brian Morris
United States District Court Judge