Christopher C. Voigt
Whitney M. Kolivas
CROWLEY FLECK PLLP
1915 South 19th Ave.
P.O. Box 10969
Bozeman, MT 59718
Telephone:  406-556-1430
Facsimile:  406-556-1433
E-Mail:  cvoigt@crowleyfleck.com
         wkolivas@crowleyfleck.com

*Attorneys for Philadelphia Indemnity Insurance Co.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BEAR PAW DEVELOPMENT CORPORATION OF NORTHERN MONTANA, a/k/a BEAR PAW DEVELOPMENT CORPORATION,<br><br>Defendant. | Cause No.:  CV 18-107-GF-BMM<br><br>**JOINT NOTICE OF STATUS** |

_____

The parties hereby notify the Court that the instant action has been resolved voluntarily.  As a result, the parties anticipate that they will be filing a joint motion to dismiss this action as quickly as practicable.  In the event the parties have not

filed their joint motion to dismiss this action on or before July 8, 2019, the parties will file a supplemental status report.

DATED this 6th day of June, 2019.

                CROWLEY FLECK PLLP

                By /s/ Whitney M. Kolivas
                    Christopher C. Voigt
                    Whitney M. Kolivas
                    P.O. Box 10969
                    Bozeman, MT  59718
                    *Attorneys for Philadelphia Indemnity Insurance Co.*

                TALEFF & MURPHY, P.C.

                By /s/ Connor J. Murphy
                    Connor J. Murphy
                    Montana Bar No. 11766
                    300 River Dr. N., Ste. 5
                    P.O. Box 609
                    Great Falls, Montana 59403
                    *Attorneys for Bear Paw Development Corporation of Northern Montana*