Christopher C. Voigt
Whitney M. Kolivas
CROWLEY FLECK PLLP
1915 South 19th Ave.
P.O. Box 10969
Bozeman, MT 59718
Telephone:  406-556-1430
Facsimile:  406-556-1433
E-Mail:  cvoigt@crowleyfleck.com
          wkolivas@crowleyfleck.com

*Attorneys for Philadelphia Indemnity Insurance Co.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> BEAR PAW DEVELOPMENT CORPORATION OF NORTHERN MONTANA, a/k/a BEAR PAW DEVELOPMENT CORPORATION, <br><br> Defendant. | Cause No.:  CV 18-107-GF-BMM <br><br> **JOINT STIPULATION OF DISMISSAL** |

_____

The parties have voluntarily resolved the instant action.  The parties therefore jointly stipulate to the dismissal of this action, with prejudice, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P.  Both parties shall bear their own attorneys'

fees and costs incurred in connection with this action.

DATED this 11th day of July, 2019.

                         CROWLEY FLECK PLLP

                         By /s/ Whitney M. Kolivas
                              Christopher C. Voigt
                              Whitney M. Kolivas
                              P.O. Box 10969
                              Bozeman, MT  59718
                              *Attorneys for Philadelphia Indemnity Insurance Co.*

                         TALEFF & MURPHY, P.C.

                         By /s/ Connor J. Murphy
                              Connor J. Murphy
                              Montana Bar No. 11766
                              300 River Dr. N., Ste. 5
                              P.O. Box 609
                              Great Falls, Montana 59403
                              *Attorneys for Bear Paw Development Corporation of Northern Montana*