IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

Plaintiff,

vs.

BEAR PAW DEVELOPMENT
CORPORATION OF NORTHERN
MONTANA, a/k/a BEAR PAW
DEVELOPMENT CORPORATION,

Defendant.

CV-18-107-GF-BMM

**ORDER**

    Pursuant to the Stipulation for Dismissal with Prejudice entered between the parties, and good cause appearing therefore;

    IT IS HEREBY ORDERED this matter is dismissed with prejudice and each party shall bear their own costs and attorney's fees

    DATED this 19th day of August, 2019.

Brian Morris
United States District Court Judge